IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL POSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:15cv787-ECM |
| | ) |
| HYUNDAI MOTOR | ) |
| MANUFACTURING ALABAMA | ) |
| | ) |
| Defendant. | ) |

# OPINION

On August 29, 2018, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 71). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. That the defendant's motion for summary judgment be and is hereby GRANTED;

3. That this case be and is hereby DISMISSED with prejudice.

4. Costs of this proceeding are taxed against the plaintiff.

A separate final judgment will be entered in accordance with this order.

Done this 17th day of September, 2018.

                                       /s/Emily C. Marks
                           UNITED STATES DISTRICT JUDGE